FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Dec 29, 2021
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| HORNER HOLDING, INC. and<br>NATIONWIDE INSURANCE CO. | | PLAINTIFFS |
| v. | Case No. 6:21-cv-6170-RTD | |
| PACCAR, INC. and<br>MCNEILUS TRUCK AND MANUFACTURING, INC. | | DEFENDANTS |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant McNeilus Truck and Manufacturing, Inc. ("McNeilus") gives notice of removal of the above-captioned matter from the Circuit Court of Hot Spring County, Arkansas. In support, Defendant McNeilus states:

1. On November 11, 2021, Plaintiffs commenced an action in the Circuit Court of Hot Spring County styled *Horner Holdings, Inc. and Nationwide Insurance Co. v. PACCAR, Inc. and McNeilus Truck and Manufacturing, Inc.* The case was assigned No. 30CV-21-345. A copy of the complaint is attached here as Exhibit 1.

2. On November 29, 2021, McNeilus was served with the Complaint. Accordingly, this Notice of Removal is timely.

### BASIS FOR REMOVAL—DIVERSITY JURISDICTION

3. The district courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. *See* Ex. 1.

4. Plaintiff Horner Holdings, Inc. ("Horner") is and, at all relevant times, was an Arkansas corporation. *See* Ex. 1, ¶ 3.

5. Per the Complaint, plaintiff Nationwide Insurance Co. ("Nationwide") is a foreign corporation licensed to do business in Arkansas. *See* Ex. 1, ¶ 4.

6. To the best of McNeilus's knowledge, Nationwide is a citizen of Ohio and is not a citizen of the same state as any of the Defendants.

7. Defendant McNeilus is and, at all relevant times, was a corporation organized under the laws of Minnesota, with its principal place of business in Minnesota. *See* Ex. 1, ¶ 7.

8. Accordingly, Defendant McNeilus is a citizen of Minnesota.

9. Defendant PACCAR, Inc. ("PACCAR") is and, at all relevant times, was a corporation organized under the laws of Delaware, having its principal place of business in Bellevue, Washington. *See* Ex. 1, ¶ 6.

10. Accordingly, Defendant PACCAR is a citizen of Delaware and Washington.

11. Plaintiffs are seeking damages in excess of $75,000. *See* Ex. 1, ¶ 46 (seeking damage to Horner's property and to Nationwide as subrogee in the amount of at least $162,588.85).

12. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(a) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest.

## TIMELINESS OF REMOVAL

13. The removal is being sought within thirty (30) days of service of the complaint on McNeilus, which occurred on November 29, 2021.

## VENUE

14. As set forth in the state complaint, the incident occurred in Hot Spring County, Arkansas, so venue is proper in this Court.

## UNANIMITY OF CONSENT

15. Codefendant PACCAR consents to removal and files a separate written statement of consent contemporaneously with the filing of this Notice. PACCAR's confirmation of consent is attached as Exhibit 2.

## FULL COMPLIANCE

16. Pursuant to 28 U.S.C. § 1446(d), Defendant McNeilus is filing this Notice of Removal with the clerk for the state court in which the state action was originally filed. Copies of the Notice to the Circuit Court of Hot Spring County, Arkansas, together with this Notice of Removal with exhibits, are being served upon all parties through their attorneys of record pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant McNeilus removes the above-titled action now pending in the Circuit Court of Hot Spring County, Arkansas, to this Court and asks that this Court assume full jurisdiction over this action as provided by law.

Respectfully submitted,

_____
Steve Quattlebaum (Ark. Bar No. 84127)
Noah P. Watson (Ark. Bar No. 2020251)
*Attorney for McNeilus Truck and Manufacturing*

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700
(501) 379-1701 fax
quattlebaum@qgtlaw.com
nwatson@qgtlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 29, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel of record to be served electronically, and I provided a direct email copy to opposing counsel at: jason@ryburnlawfirm.com.

Jason M. Ryburn, Esq.
Ryburn Law Firm
650 S. Shackleford Rd.
Little Rock, AR 72211
(501) 228-8100
(501) 228-7300 fax
jason@ryburnlawfirm.com
*Attorney for Plaintiffs*