IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HORNER HOLDINGS, INC.
and NATIONWIDE INSURANCE CO.                                            PLAINTIFFS

V.                        CASE NO.: 6:21-CV-6170-PKH

PACCAR, INC. and MCNEILUS TRUCK
AND MANUFACTURING, INC. DEFENDANTS

## AGREED ORDER OF SUBSTITUTION OF A PARTY

COME NOW the parties hereto, by and through their respective counsel, Jason Ryburn, Michael Emerson, Ben Hall, Steven Quattlebaum, Noah Watson, and Dennis Ziemba, and hereby agree that Allied Property and Casualty Insurance Company was Plaintiff Horner Holdings, Inc.'s insurer and is the correct Plaintiff. The parties agree that Nationwide Insurance Co. should be dismissed or removed as Plaintiff and that Allied Property and Casualty Insurance Company should be added to or made a party to this litigation as a new Plaintiff;

THEREFORE, and by agreement of the parties hereto, it should be and is Ordered that the Separate Plaintiff, Nationwide Insurance Co., is dismissed from this litigation, and that its affiliate, Allied Property and Casualty Insurance Company, is hereby substituted for it as a party Plaintiff in this cause without the need for any new or additional service upon Defendants. Further, by agreement of the parties, the facts and allegations made on behalf of Nationwide Insurance Company in Plaintiffs' original complaint will be deemed to name and refer to Allied Property and Casualty Insurance Company. The respective Answers of Defendants to Plaintiffs'

original Complaint will be deemed to be answers to the allegations of Horner Holdings, Inc. and Allied Property and Casualty Insurance Company.

IT IS SO ORDERED.

_____
District Judge

Date:_____

APPROVED:

\_Jason Ryburn_____
Jason Ryburn
Attorney for Plaintiffs

\_Michael Emerson_____
Michael Emerson,
Attorney for Defendant, PACCAR , Inc.

\_Noah Watson_____
Noah Watson,
Attorney for Defendant,
McNeilus Truck and Manufacturing, Inc.